1 | ADRIENNE C. PUBLICOVER (SBN 161432)
      Email: Adrienne.publicover@wilsonelser.com
2 | DONALD P. SULLIVAN (SBN 191080)
      Email: Donald.Sullivan@wilsonelser.com
3 | WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
4 | 525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
5 | Tel.: (415) 433-0990
   Fax: (415) 434-1370

Attorneys for Defendant
Blue Cross Blue Shield of Texas,
a division of Health Care Service Corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LODI MEMORIAL HOSPITAL ASSOCIATION, INC., A CALIFORNIA PUBLIC BENEFIT CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BLUE CROSS OF CALIFORNIA, DOING BUSINESS AS ANTHEM BLUE CROSS, A CALIFORNIA CORPORATION; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE CO., A CALIFORNIA CORPORATION; THE WELLPOINT COMPANIES, INC., AN INDIANA CORPORATION; WELLPOINT, INC., AN INDIANA CORPORATION; ANTHEM HEALTH PLANS OF VIRGINIA, INC., A VIRGINIA CORPORATION; BLUE CROSS BLUE SHIELD OF TEXAS, A TEXAS CORPORATION; COMMUNITY INSURANCE COMPANY, DBA ANTHEM BLUE CROSS AND BLUE SHIELD OF OHIO, AN OHIO CORPORATION; MCLANE COMPANY, INC., A TEXAS CORPORATION; CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CEMENT MASONS HEALTH AND WELFARE TRUST FUND | Case No.: 12-01071 WBS-GGH<br><br>**STIPULATION TO DISMISS DEFENDANTS BLUE CROSS BLUE SHIELD OF TEXAS AND McLANE COMPANY, INC. FROM CASE WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |

---

1

Stip. to Dismiss with Prejudice and [Prop] Order
Case No. 12-01071 WBS-GGH

**Error! Unknown document property name.**

| | |
|---|---|
| 1 | FOR NORTHERN CALIFORNIA; CALIFORNIA'S VALUED TRUST, FORMERLY KNOWN AS CENTRAL |
| 2 | VALLEY TRUST; OPERATING ENGINEERS HEALTH AND WELFARE |
| 3 | TRUST FUND; PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND |
| 4 | WELFARE FUND; SMW LOCAL 104 HEALTH CARE PLAN; UFCW NORTHERN |
| 5 | CALIFORNIA HEALTH AND WELFARE TRUST FUND; WESTERN GROWERS |
| 6 | ASSURANCE TRUST; CALIFORNIA GROWER FOUNDATION BENEFIT PLAN; |
| 7 | AND DOES 1-200, |
| 8 | Defendants. |

10  Plaintiff Lodi Memorial Hospital Association, Inc. ("Lodi") and Defendants Blue Cross

11  Blue Shield of Texas ("BCBSTX") and McLane Company, Inc. ("McLane") have resolved the

12  disputes between them.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Lodi,

13  BCBSTX and McLane, through their respective counsel, hereby stipulate and agree that the

14  above-captioned matter and all claims for relief therein may be dismissed with prejudice in its

15  entirety.  Each party shall bear its own fees and costs.

17  **IT IS SO STIPULATED.**

18  Dated: May 14, 2012       HOOPER, LUNDY & BOOKMAN

20  By: /s/ Katherine R. Miller
    DARON TOOCH
    KATHERINE R. MILLER
    Attorneys for Plaintiff,
    LODI MEMORIAL HOSPITAL ASSOCIATION, INC.

26  [SIGNATURES CONTINUED ON NEXT PAGE]

**Error! Unknown document property name.**

Dated:  May 14, 2012        WILSON, ELSER, MOSKOWITZ,
                                            EDELMAN & DICKER LLP


                            By:       /s/ Donald P. Sullivan
                                   DONALD P. SULLIVAN
                                   Attorneys for Defendant,
                                   BLUE CROSS BLUE SHIELD OF TEXAS


Dated:  May 14, 2012        TRUCKER HUSS, P.C.


                            By:      /s/ Robert F. Schwartz
                                   ROBERT F. SCHWARTZ
                                   Attorneys for Defendant,
                                   McLANE COMPANY, INC.


## ORDER

Pursuant to the parties Stipulation to Dismiss Case with Prejudice and for good cause shown, the above-captioned matter is DISMISSED with prejudice.  Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED:**


Date: May 11, 2012

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Error! Unknown document property name.**