1  ADRIENNE C. PUBLICOVER (SBN 161432)
       Email: Adrienne.publicover@wilsonelser.com
2  DONALD P. SULLIVAN (SBN 191080)
       Email: Donald.Sullivan@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
5  Tel.: (415) 433-0990
   Fax: (415) 434-1370

6

7  Attorneys for Defendant
   Blue Cross Blue Shield of Texas,
   a division of Health Care Service Corporation
8

9  **UNITED STATES DISTRICT COURT**

10  **EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| LODI MEMORIAL HOSPITAL ASSOCIATION, INC., A CALIFORNIA PUBLIC BENEFIT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS OF CALIFORNIA, DOING BUSINESS AS ANTHEM BLUE CROSS, A CALIFORNIA CORPORATION; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE CO., A CALIFORNIA CORPORATION; THE WELLPOINT COMPANIES, INC., AN INDIANA CORPORATION; WELLPOINT, INC., AN INDIANA CORPORATION; ANTHEM HEALTH PLANS OF VIRGINIA, INC., A VIRGINIA CORPORATION; BLUE CROSS BLUE SHIELD OF TEXAS, A TEXAS CORPORATION; COMMUNITY INSURANCE COMPANY, DBA ANTHEM BLUE CROSS AND BLUE SHIELD OF OHIO, AN OHIO CORPORATION; MCLANE COMPANY, INC., A TEXAS CORPORATION; CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CEMENT MASONS HEALTH AND WELFARE TRUST FUND | Case No.: 12-01071 WBS-GGH<br><br>**STIPULATION TO DISMISS DEFENDANTS BLUE CROSS BLUE SHIELD OF TEXAS AND McLANE COMPANY, INC. FROM CASE WITH PREJUDICE AND [P~~ROPOSED~~] ORDER** |

1

Stip. to Dismiss with Prejudice and [Prop] Order
Case No. 12-01071 WBS-GGH

**Error! Unknown document property name.**

|   |   |
|---|---|
| 1 | FOR NORTHERN CALIFORNIA; CALIFORNIA'S VALUED TRUST, FORMERLY KNOWN AS CENTRAL |
| 2 | VALLEY TRUST; OPERATING ENGINEERS HEALTH AND WELFARE |
| 3 | TRUST FUND; PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND |
| 4 | WELFARE FUND; SMW LOCAL 104 HEALTH CARE PLAN; UFCW NORTHERN |
| 5 | CALIFORNIA HEALTH AND WELFARE TRUST FUND; WESTERN GROWERS |
| 6 | ASSURANCE TRUST; CALIFORNIA GROWER FOUNDATION BENEFIT PLAN; |
| 7 | AND DOES 1-200, |
| 8 | Defendants. |

Plaintiff Lodi Memorial Hospital Association, Inc. ("Lodi") and Defendants Blue Cross Blue Shield of Texas ("BCBSTX") and McLane Company, Inc. ("McLane") have resolved the disputes between them. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Lodi, BCBSTX and McLane, through their respective counsel, hereby stipulate and agree that the above-captioned matter and all claims for relief therein may be dismissed with prejudice in its entirety. Each party shall bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: May 14, 2012           HOOPER, LUNDY & BOOKMAN

                                      By:  /s/ Katherine R. Miller
                                           DARON TOOCH
                                           KATHERINE R. MILLER
                                           Attorneys for Plaintiff,
                                           LODI MEMORIAL HOSPITAL ASSOCIATION, INC.

[SIGNATURES CONTINUED ON NEXT PAGE]

---

2

Stip. to Dismiss with Prejudice and [Prop] Order
Case No. 12-01071 WBS-GGH

**Error! Unknown document property name.**

1  Dated: May 14, 2012          WILSON, ELSER, MOSKOWITZ,
2                                             EDELMAN & DICKER LLP
3
4                                     By:     /s/ Donald P. Sullivan
                                              DONALD P. SULLIVAN
5                                             Attorneys for Defendant,
                                              BLUE CROSS BLUE SHIELD OF TEXAS
6
7
8  Dated: May 14, 2012          TRUCKER HUSS, P.C.
9
10                                    By:    /s/ Robert F. Schwartz
                                             ROBERT F. SCHWARTZ
11                                           Attorneys for Defendant,
                                             McLANE COMPANY, INC.
12
13
14                                          **ORDER**

   Pursuant to the parties Stipulation to Dismiss Case with Prejudice and for good cause shown, the above-captioned matter is DISMISSED with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED:**

Date: May 11, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

Stip. to Dismiss with Prejudice and [Prop] Order
Case No. 12-01071 WBS-GGH

**Error! Unknown document property name.**