UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

LODI MEMORIAL HOSPITAL ASSOCIATION, INC., a California public benefit corporation,

    Plaintiff,

  v.

BLUE CROSS OF CALIFORNIA, doing business as ANTHEM BLUE CROSS, a California corporation; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE CO., a California corporation; THE WELLPOINT COMPANIES, INC., an Indiana corporation; WELLPOINT INC., an Indiana corporation; ANTHEM HEALTH PLANS OF VIRGINIA, INC., a Virginia corporation; BLUE CROSS BLUE SHIELD OF TEXAS, a Texas corporation; COMMUNITY INSURANCE COMPANY, dba ANTHEM BLUE CROSS AND BLUE SHIELD OF OHIO, an Ohio corporation; McLANE COMPANY, INC., a Texas corporation; CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CALIFORNIA'S VALUED TRUST, formerly known as CENTRAL

NO. CIV. 2:12-1071 WBS GGH

ORDER

```
 1  VALLEY TRUST; OPERATING
    ENGINEERS HEALTH AND WELFARE
 2  TRUST FUND; PIPE TRADES
    DISTRICT COUNCIL NO. 36 HEALTH
 3  AND WELFARE FUND; SMW LOCAL
    104 HEALTH CARE PLAN; UFCW
 4  NORTHERN CALIFORNIA HEALTH AND
    WELFARE TRUST FUND; WESTERN
 5  GROWERS ASSURANCE TRUST;
    CALIFORNIA GROWER FOUNDATION
 6  BENEFIT PLAN; DOES 1-200,

 7              Defendants.
                                      /
 8
 9                        ----oo0oo----
```

Plaintiff Lodi Memorial Hospital Association Inc. filed an Ex Parte Application requesting an order shortening time on its motion for sanctions (Docket No. 37) by one day.  Having considered plaintiff's explanation and the opposition thereto, the court will grant plaintiff's request and hear plaintiff's motion for sanctions on July 30, 2012 when it hears plaintiff's motion to remand.  Defendants will be given an opportunity to argue each motion separately.

IT IS THEREFORE ORDERED that plaintiff's Ex Parte Application be, and the same hereby is, GRANTED.  Plaintiff's motion for sanctions shall be heard at 2:00 p.m. on July 30, 2012.  Defendants shall file their opposition no later than July 17, 2012 and plaintiff shall file any reply no later than July 23, 2012.

DATED: July 9, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE